IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01653-WDM-BNB

WILLIAM B. BRUNER BY AND THROUGH
TANYA L. DURAN,

     Plaintiff,

v.

KNIGHT TRANSPORTATION, INC.;
KNIGHT TRANSPORTATION SERVICES, INC; AND
LEWIS LEE CURNUTTE,

     Defendants.

## NOTICE OF DISMISSAL

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 7, 2005.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge

PDF FINAL